IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL CARR; GREGORY KATHAN; KELLY L'ROY; PERRY MEIER; CHARLES MULHALL; and SCOTT MUND, on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiffs<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL<br>　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:14-cv-00451<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS

TO THE HONORABLE JUDGE OF SAID COURT:

　　Plaintiffs file this Notice of Appearance as follows:

　　1.　Plaintiffs hereby notify this Court that Joseph Y. Ahmad, Texas Bar No. 00941100, SDTX I.D. No. 11604, of Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C., 1221 McKinney Street, Suite 3460, Houston, Texas 77010, phone: (713) 655-1101, fax: (713) 655-0062, email: joeahmad@azalaw.com, will appear as attorney-in-charge in the above cause.

　　2.　Adam Milasincic will remain as co-counsel and should continue to be sent copies of all notices, correspondence, or communications of any kind regarding the above-styled and numbered cause.

　　3.　Joseph Y. Ahmad will act as "Attorney-in-Charge" for Plaintiff.

　　4.　Plaintiff requests that the Court and counsel in this case take notice of the above appearance of lead counsel and add Joseph Ahmad to the service list.

Respectfully submitted,

**AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING P.C.**

*/s/ Joseph Y. Ahmad*
Joseph Y. Ahmad
*Attorney in Charge*
State Bar No. 00941100
Southern District No. 11604
1221 McKinney Street, Suite 3460
Houston, Texas 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062
joeahmad@azalaw.com

**ATTORNEYS FOR PLAINTIFFS**

**OF COUNSEL:**

**THE LAW OFFICES OF
HOWARD T. DULMAGE PLLC**

Howard T. Dulmage
State Bar No. 24029526
Southern District No. 28826
2323 Clear Lake City Boulevard, Suite 180 MB186
Houston, Texas 77062
Telephone: 281-271-8540
Facsimile: 832-295-5797
howard@dulmagelaw.com

**AHMAD, ZAVITSANOS, ANAIPAKOS,
ALAVI & MENSING P.C.**

Adam Milasincic
State Bar No. 24079001
Southern District No. 1339915
1221 McKinney Street, Suite 3460
Houston, Texas 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062
amilasincic@azalaw.com

4821-5313-2824, v. 1