IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL CARR, *and others similarly situated*, | § § § |
| Plaintiffs, | § § |
| v. | §  CIVIL ACTION NO. H-14-0451 |
| | § |
| AIRLINE PILOTS ASSOCIATION, INTERNATIONAL, | § § § |
| Defendant. | § § |

# FINAL JUDGMENT

For the reasons stated in the court's Memorandum and Opinion of even date, this action is dismissed with prejudice. This is a final judgment.

SIGNED on July 29, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

1