United States District Court
Southern District of Texas
**ENTERED**
July 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL A. CARR, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-451 |
| | § | |
| AIR LINE PILOTS ASSOCIATION INTERNATIONAL, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER AWARDING COSTS

The court entered final judgment in this case on July 29, 2016. (Docket Entry No. 76). The plaintiffs appealed, and the Fifth Circuit affirmed this court's judgment on July 14, 2017. Remaining before the court is the defendant's opposed bill of costs. (Docket Entry No. 77). The plaintiffs dispute the costs of copying the massive arbitration record and ordering the transcript of the summary judgment hearing. (Docket Entry No. 78). But the record shows the costs and fees were for obtaining necessary material for use in the case.[1] (*See* Docket Entry No. 81-1).

The court awards the defendant costs of $6,868.37.

SIGNED on July 27, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge

---

[1] As the defendant notes, the plaintiffs' objections to the bill of cost were also filed out of time. (Docket Entry No. 81 at 1).